# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DENNIS LATEEF,

    Plaintiff,

v.

GOAT PIZZA MIDWEST, LLC,

    Defendant.

:

:

Case No. 2:25-cv-880
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

In a December 23, 2025 Report and Recommendation, the Magistrate Judge recommended that the Court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 9.) Plaintiff Dennis Lateef was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id*.) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**